### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

**SALLIE MAE, INC.,**
**Plaintiff**

v.                                                                    **CIVIL NO. 04-2300(DRD)**

**HILTON ALERS,**
**Defendant**

| MOTION | RULING |
|---|---|
| **Date Filed:** 08/10/05  **Docket #7**<br>[X] **Plff**                    [X] **Deft**<br>[ ] **Other**<br><br>**Title:** Stipulation of Dismissal Under Rule 41(a)(1) of F.R.C.P. | **GRANTED**. Because both Plaintiff, and Defendants, have appeared and requested dismissal **WITHOUT PREJUDICE**, the Court hereby **grants** their request, pursuant to Fed.R.Civ.P. 41(a)(1). **Judgment** shall be entered accordingly. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 12th day of August 2005.

                                                **S/DANIEL R. DOMINGUEZ**
                                                **DANIEL R. DOMINGUEZ**
                                                **U.S. DISTRICT JUDGE**